# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KING SOLOMON, | ) Case No. CV 05-3518-RSWL (JCR) |
|         Petitioner, | ) |
|    v. | ) JUDGMENT |
| C.M. HARRISON, | ) |
|         Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 19, 2008

                                        *RONALD S.W. LEW*
                                        RONALD S.W. LEW
                             Senior United States District Judge